**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WENDY WEIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:22-cv-1927 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please take notice that the following attorney from Marc Whitehead & Associates, L.L.P., enters this Notice of Appearance as additional counsel for Wendy Weir.

J. Anthony Vessel
Marc Whitehead & Associates, Attorneys at Law, L.L.P.
Tex. Bar No. 24084019
S.D. Tex. Bar No. 1692384
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
anthony@marcwhitehead.com

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P., LTD

By: _/s/ J. Anthony Vessel_____

J. Anthony Vessel
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF