United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WENDY WEIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01927 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE HELD ON November 21, 2022 at 8:45 AM**

Appearances: Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Discovery to be completed by: | May 31, 2023 |
| Dispositive motions due by: | June 30, 2023 |
| Docket call to be held at 11:30 AM on: | August 7, 2023 |
| Estimated trial time: 1-3 days | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on November 17, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge